## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Hollie L. Giampietro and<br>Albert Giampietro,<br><br>    Plaintiffs,<br><br>        v.<br><br>Joan M. Hargrove, Transcontinental<br>Refrigerated and TRL, Inc.,<br><br>    Defendants. | :<br>:<br>:    Case No.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Joan M. Hargrove, Transcontinental

Refrigerated and TRL, Inc., by and through their counsel, hereby files the following Notice of

Removal and requests the removal of this action from the Superior Court of the State of

Delaware in and for New Castle County to the United States District Court for the District of

Delaware, which is the judicial district in which the action is pending. Defendant intends to then

file a motion to transfer venue to the United States District Court for the Eastern District of

Pennsylvania where another action arising out of the same set of facts is now pending.

Defendants set forth the following as their grounds for removal of the action as follows:

1.      The plaintiffs commenced this matter by filing a Complaint in the Superior Court

of the State of Delaware in and for New Castle County on July 30, 2007, docketed as 07C-07-

271-FSS. A copy of the complaint is attached hereto as Exhibit "A."

2.    The filing of this Notice of Removal is timely in that (1) it is being filed within thirty (30) days after receipt by Defendants insurer, received August 8, 2007, which is the first filing and (2) it is being filed less than one year after the commencement of the action.

3.    There is complete diversity of citizenship between the plaintiffs and the defendants in this case:

(a.)  Plaintiff's Answers to Superior Court Form 30 Interrogatories states that both plaintiffs are residents of the State of Delaware.  A copy of the Plaintiff's Answers to Superior Court Form 30 Interrogatories is attached hereto as Exhibit "B;"

(b.)  Defendant, Joan M. Hargrove, upon information and belief, is an individual with a residence within Connecticut; and

(c.)  Defendants, Transcontinental Refrigerated and TRL, Inc. and the same corporate entity which is incorporated in Pennsylvania with its principle place of business within the Commonwealth of Pennsylvania.

4.    It is believed and therefore averred that the amount in controversy exceeds the jurisdictional limit of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. The jurisdictional limit for an arbitration level case in the Superior Court of Delaware is at or below one hundred thousand dollars ($100,000.00).  Plaintiffs list the physical injuries to Ms. Giampietro as including, but not limited to "severe personal injuries to her head, neck, jaw, chest, pelvis, groin, left leg, back and other injuries, some or all of which may be permanent, pain and suffering, mental distress, and other damages."  This alone likely exceeds the jurisdictional amount, but plaintiffs also seek damages for loss of consortium.  (See Exhibit "A").

5.      Moreover, the facts surrounding this accident which occurred on August 30, 2005 on Delaware Route 896 have given rise to an action already filed in the District Court for the Eastern District of Pennsylvania captioned "Michael Sutfin and Mary Jo Sutfin vs. Transcontinental Refrigerated Lines, TRL, Inc., and Joan Miles Hargrove" under Docket No.: 07-1834. (A copy of the Complaint in that matter is attached hereto as Exhibit "C"). Upon successful removal of this matter, Defendants will seek to file a motion to transfer venue to the Eastern District of Pennsylvania in order to consolidate the actions pursuant to 28 U.S.C § 1404(a) for the interests of judicial economy, in the interests of justice and the convenience of the parties.

6.      Accordingly, this is an action "between citizens of different states" where "the matter is controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs," for the purposes of 28 U.S.C. §§ 1332(a) and 1441(a).

7.      Removal of this case on the basis of diversity of jurisdiction is not precluded by the provisions of 28 U.S.C. § 1441(b) because the "none of the parties in interest properly joined and served as defendants is a citizen of " the State of Delaware where the action was brought.

8.      The Notice of Removal shall be promptly served upon all adverse parties to the action.

9.      After the filing of the Notice of Removal, a certified copy will be promptly filed with the Prothonotary of the Superior Court of Delaware in and for New Castle County in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action be removed from the Delaware Superior Court in and for the County of New Castle to the Untied States District Court for the District of Delaware.

Respectfully submitted,
**RAYMOND W. COBB, LLC**

Raymond W. Cobb (ID No. 2653)
1001 North Jefferson Street
Suite 208
Wilmington, DE  19801
(302) 777-4100

Attorney for Defendants,
Joan M. Hargrove, Transcontinental
Refrigerated, and TRL, Inc.

Dated:  September 6, 2007

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE GIAMPIETRO and<br>ALBERT GIAMPIETRO, | : | |
| | : | |
| | : | C.A. No.: 07C-07-271 FSS |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | ARBITRATION CASE |
| JOAN MILES HARGROVE, | : | |
| TRANSCONTINENTAL | : | |
| REFRIGERATED, and TRL, INC., | : | JURY TRIAL OF 12 DEMANDED |
| | : | |
| Defendants. | : | |

TO:     OFFICE OF THE PROTHONTARY

**PLEASE TAKE NOTICE** that Defendants, Joan Miles Hargrove, Transcontinental

Refrigerated, and TRL, Inc., by and through their counsel, have filed a Petition for Removal of

this action to the United States District Court for the District of Delaware. A true copy of the

Petition for Removal is attached hereto as Exhibit A.

Be further advised that the Defendants, on filing such Petition for Removal with the

Office of the Clerk of the United States District Court for he District of Delaware, filed a copy

with the Prothonotary of the Superior Court for the State of Delaware, of and for New Castle

County, and notified all adverse parties to effect removal pursuant to 28 U.S.C. § 1446(b).


Respectfully submitted,
**RAYMOND W. COBB, LLC**


Raymond W. Cobb (ID No. 2653)
1001 North Jefferson Street
Suite 208
Wilmington, DE  19801
(302) 777-4100

Attorney for Defendants,
Joan M. Hargrove, Transcontinental
Refrigerated, and TRL, Inc.

Dated:  September 6, 2007

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

**COUNTY:** (New Castle)  Kent  Sussex

**CIVIL CASE CODE:** __CPIA_____ .

**Caption:**

HOLLIE L. & ALBERT GIAMPIETRO

V

JOAN MILES HARGROVE,
TRANSCONTINENTAL REFRIGERATED, and
T.R.L., INC.

**CIVIL ACTION NUMBER:** _____

**CIVIL CASE TYPE:**  __Personal Injury Auto__

Name & Status of Party Filing Document:
GIAMPIETRO, PLAINTIFFS

**Document Type:** COMPLAINT

**Non-Arbitration** _____     **eFile** ____X____

(CERTIFICATE OF VALUE MAY BE REQUIRED)

**Arbitration:** __X__  **Mediation** _____  **Neutral Assessment** _____

**DEFENDANT** (CIRCLE ONE)   ACCEPT      REJECT

**Jury Demand:** _____ Yes   __X__ No

**Track Assignment Requested:**

  EXPEDITED   (STANDARD)   COMPLEX

**Attorney Name(s):** William R. Peltz, Esquire

**Firm Name(s):** Kimmel, Carter, Roman & Peltz

**Office Address:**

200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

**Telephone Number:** (302) 392-5277

**Fax Number:** (302) 392-0800

**E-Mail Address:** wrpeltz@kcrlaw.com

**Identify Any Related Cases Now Pending in the Superior Court by Caption and Civil Action Number Including Judge's Initials:**

None

**Explain the Relationship(s):**  Not applicable

**Other Unusual Issues that Affect Case Management:**  None

---

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED.  THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

---

Revised 9.17.03

EFiled: Jul 30 2007 11:54A̶ EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE L. GIAMPIETRO and<br>ALBERT GIAMPIETRO, | : | |
| | : | |
| | : | C. A. No. |
| Plaintiffs, | : | |
| | : | ARBITRATION CASE |
| V. | : | |
| | : | |
| JOAN MILES HARGROVE, | : | |
| TRANSCONTINENTAL | : | |
| REFRIGERATED, and T.R.L., INC., | : | |
| | : | |
| Defendants. | : | |

### P R A E C I P E

PLEASE ISSUE SUMMONS, Complaint, and Plaintiff's Answers to Superior

Court Form 30 Interrogatories pursuant to Rule 3(a) to the defendants as follows:

> Joan Miles Hargrove at 293 Glen Street, Second Floor, New Britain,
>
> Connecticut 06051 through the Secretary of State pursuant to 10 <u>Del.</u>
>
> <u>C.</u> §3112;

> Transcontinental Refrigerated at 130 Armstrong Road, Pittston,
>
> Pennsylvania 18640 through the Secretary of State pursuant to 10 <u>Del.</u>
>
> <u>C.</u> §3112;

> T.R.L., Inc. through its registered agent, The Corporation Trust
>
> Company, at Corporation Trust Center, 1209 Orange Street,
>
> Wilmington, Delaware 19801.

/s/ William R. Peltz
_____

**WILLIAM R. PELTZ, ESQUIRE**
Bar ID: 2675
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorney for Plaintiffs

DATE:   July 30, 2007

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : | |
| | : | |
| | : | C. A. No. |
| Plaintiffs, | : | |
| | : | ARBITRATION CASE |
| V. | : | |
| | : | |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

> To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

> To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

　　　　　　　　　　　　　　　　SHARON AGNEW
　　　　　　　　　　　　　　　　Prothonotary

　　　　　　　　　　　　　　　　Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

> In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

　　　　　　　　　　　　　　　　SHARON AGNEW
　　　　　　　　　　　　　　　　Prothonotary

　　　　　　　　　　　　　　　　Per Deputy

\Rev 5/91-1

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE L. GIAMPIETRO and<br>ALBERT GIAMPIETRO, | : | |
| | : | C. A. No. |
| Plaintiffs, | : | |
| | : | ARBITRATION CASE |
| V. | : | |
| | : | |
| JOAN MILES HARGROVE,<br>TRANSCONTINENTAL<br>REFRIGERATED, and T.R.L., INC., | : | |
| | : | |
| Defendants. | : | |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

      To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

      To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

SHARON AGNEW
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

      In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiffs attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

_____
Per Deputy

\Rev 5/91-1

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : | |
|  | : | C. A. No. |
| Plaintiffs, | : | |
|  | : | ARBITRATION CASE |
| V. | : | |
|  | : | |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : | |
|  | : | |
| Defendants. | : | |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF NEW CASTLE COUNTY:**

**YOU ARE COMMANDED:**

     To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

     To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

                                           SHARON AGNEW
                                            Prothonotary

                                            Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

     In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                           SHARON AGNEW
                                            Prothonotary

                                            Per Deputy

\Rev 5/91-1

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

HOLLIE L. GIAMPIETRO and          :
ALBERT GIAMPIETRO,                :       C. A. No.
                                  :
          Plaintiffs,             :       ARBITRATION CASE
                                  :
     V.                           :
                                  :
JOAN MILES HARGROVE,              :
TRANSCONTINENTAL                  :
REFRIGERATED, and T.R.L., INC.,   :
                                  :
          Defendants.             :

## C O M P L A I N T

1.    On 8/30/05 at approximately 1:30 p.m the female plaintiff was stopped for
traffic on Delaware Route 896 in Newark, New Castle County, Delaware when suddenly
a tractor trailer operated by the individual defendant, as the agent, servant, representative,
and/or employee of the corporate defendants, rear-ended the female plaintiff's vehicle
resulting in severe personal injuries to her.  Pursuant to 10 Del. C. §3916, the defendants
are notified that if they deny agency that denial must be in the form of an affidavit
attached to the answer to the complaint.

2.    The individual defendant was negligent in a manner proximately causing
the accident in that she:

        a.    Failed to keep a proper lookout;

        b.    Failed to maintain proper control over the vehicle she was
operating;

        c.    Operated her vehicle in a careless or inattentive manner in
violation of 21 Del. C. §4176;

d.    Operated her vehicle at an unsafe speed in violation of 21 Del. C. §4168;

e.    Followed the female plaintiff's vehicle more closely than was reasonably prudent in violation of 21 Del. C. §4123.

3.    The aforesaid conduct of the individual defendant is imputed to the corporate defendants since the former was operating her vehicle as the agent, servant, representative, and/or employee of the latter and pursuing the corporate defendants' business at the time of the aforesaid accident.  Pursuant to 10 Del. C. §3916, the defendants are notified that if they deny agency that denial must be in the form of an affidavit attached to the answer to the complaint.

4.    As a result of the aforesaid conduct of the defendants, the female plaintiff sustained severe personal injuries to her head, neck, jaw, chest, pelvis, groin, left leg, back, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, and other damages.

5.    As a further result of the aforesaid conduct of the defendants, the male plaintiff, the husband of the female plaintiff, sustained a loss of his wife's consortium.

WHEREFORE, the plaintiffs demand judgment against the defendants, jointly and severally, for their general and special damages, in an amount to be determined, plus costs and interest.

/s/ William R. Peltz

**WILLIAM R. PELTZ, ESQUIRE**
Bar ID: 2675
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorney for Plaintiffs

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| HOLLIE L. GIAMPIETRO and<br>ALBERT GIAMPIETRO, | : | |
| | : | |
| | : | C. A. No. |
| Plaintiffs, | : | |
| | : | ARBITRATION CASE |
| V. | : | |
| | : | |
| JOAN MILES HARGROVE, | : | |
| TRANSCONTINENTAL | : | |
| REFRIGERATED, and T.R.L., INC., | : | |
| | : | |
| Defendants. | : | |

## ANSWERS TO SUPERIOR COURT
## FORM 30 INTERROGATORIES

1.    Give the names and present or last known residential and employment address and telephone number of each eyewitness to the incident, which is the subject of litigation.

**ANSWER:**    The female plaintiff; the individual defendant; Michael Sutcliff, 22075 Camp Drive, Millsboro, Delaware 19966 (see police report); other possible unknown eyewitnesses.

2.    Give the names and present or last known residential and employment address and telephone number of each person who has knowledge of the facts relating to the litigation.

**ANSWER:**    See the answer to #1 above; the male plaintiff; representatives of the corporate defendant; Christiana Hospital emergency room personnel;

Ronald M. Goodman, D.O./Total Care Physicians personnel; Ian Weiner, M.D. (PIP DME); plaintiffs' friends and relatives.

3.    Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the person who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

ANSWER:    See the police report.

4.    Identify all photographs, diagrams or other representations made in connection with the matter in litigation giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof.  (In lieu thereof, a copy can be attached.)

ANSWER:    See the police report.

5.    Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert.  If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

ANSWER:    See those physicians listed in answer #2 above.

6.    Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to the litigation, including:

    a.    the name and address of all companies insuring the risk;

    b.    the policy number;

    c.    the type of insurance;

    d.    the amount of primary, secondary, and excess coverage.

**ANSWER:**    Plaintiff has PIP coverage through Progressive Insurance Company, 121 Continental Drive, Suite 208, Newark, Delaware 19713; claim no. 056590804.


7.    Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER:**    To be provided.


/s/ William R. Peltz
_____

**WILLIAM R. PELTZ, ESQUIRE**
Bar ID: 2675
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorney for Plaintiffs

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |
|---|---|
| MICHAEL SUTFIN and MARY JO SUTFIN <br><br> v. <br><br> TRANSCONTINENTAL REFRIGERATED LINES, INC.; TRL, INC. and JOAN MILES HARGROVE | CIVIL ACTION NO. 07-1834 <br><br><br> TO: (NAME AND ADDRESS OF DEFENDANT) |

### YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael J. Olley, Esq.
718 Two Bala Plaza
Bala Cynwyd, PA 19004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: 5/7/07 |
|---|---|
| (By) Deputy Clerk <br><br> PATRICIA A. JONES | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                   *Signature of Server*


              _____
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-00535-GMS    Document 1-4    Filed 09/06/2007    Page 3 of 7

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | |

| | |
|---|---|
| MICHAEL SUTFIN and MARY JO SUTFIN<br><br>v.<br><br>TRANSCONTINENTAL REFRIGERATED LINES, INC.;<br>TRL, INC. and JOAN MILES HARGROVE | CIVIL ACTION NO, 07-1834<br><br>TO: (NAME AND ADDRESS OF<br>        DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Michael J. Olley, Esq.
718 Two Bala Plaza
Bala Cynwyd, PA  19004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief, demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: 5/7/07 |

(By) Deputy Clerk

PATRICIA A. JONES

MAY. 15. 2007 12:20PM    TRL CLAIMS DEPARTMENT                    NO. 0858   P. 11

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                          *Signature of Server*


                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**JF**

_COFFEY KAYE MYERS & OLLEY
BY: MICHAEL J. OLLEY, ESQUIRE
IDENTIFICATION NO. 56118
TWO BALA PLAZA, SUITE 718
BALA CYNWYD, PA 19004
610-668-9800

ATTORNEY(S) FOR: PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL SUTFIN and MARY JO SUTFIN | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| TRANSCONTINENTAL REFRIGERATED LINES, INC. | : | |
| | : | |
| and | : | <u>JURY TRIAL DEMANDED</u> |
| | : | |
| TRL, INC. | : | |
| | : | |
| and | : | NO.: **07 1834** |
| | : | |
| JOAN MILES HARGROVE | : | |

### COMPLAINT

1.    Plaintiffs, Michael Sutfin and Mary Jo Sutfin, are individual citizens and residents of the State of Delaware, residing therein at 22075 Camp Drive, Millsboro.

2.    Defendant, Transcontinental Refrigerated Lines, Inc. is a corporation duly organized and existing under and by virtue of the laws of the Commonwealth of Pennsylvania with its principal place of business located at 130 Armstrong Road, Pittston, PA.

3.    Defendant, TRL, Inc. is a corporation duly organized and existing under any by virtue of the laws of the Commonwealth of Pennsylvania with its principal place of business located at 130 Armstrong Road, Pittston, PA.

4.    Defendant, Joan Miles Hargrove, is an individual citizen and resident of the State of Connecticut, residing therein at 293 Glen Street, 2nd Floor, New Britain.

5.      Jurisdiction is founded upon diversity of citizenship and the amount in controversy is in excess of One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of costs and interest.

6.      At all times material hereto defendant Joan Miles Hargrove was the agent, servant, workmen and/or employee of defendants Transcontinental Refrigerated Lines, Inc. and/or TRL, Inc.

7.      At all times material hereto Transcontinental Refrigerated Lines, Inc. and TRL, Inc. were the agent, servant, workmen, current corporation of and/or subsidiary of the other.

8.      At all times material hereto, the defendants owned a certain tractor and trailer believed to be operating with the license plate Pennsylvania AF07765.

9.      At all times material hereto, the defendants possessed a certain tractor and trailer believed to be operating with the license plate Pennsylvania AF07765.

10.     At all times material hereto, the defendants controlled a certain tractor and trailer believed to be operating with the license plate Pennsylvania AF07765.

11.     At all times material hereto, the defendants leased a certain tractor and trailer believed to be operating with the license plate Pennsylvania AF07765.

12.     At all times material hereto, the defendants operated a certain tractor and trailer believed to be operating with the license plate Pennsylvania AF07765.

13.     On or about August 30, 2005, at or about 1:30 p.m., wife-plaintiff was a passenger in an automobile being operated by her husband.

14.     On the aforementioned date, and at the aforementioned time, said vehicle was in a line of traffic for a red traffic light northbound on Route 896, at its intersection with Route 40, Bear, DE.

15.     On the aforementioned date, and at the aforementioned time, another automobile was stopped behind the plaintiffs' automobile.

22.    As a result of the accident herein referred to, plaintiff has suffered a loss and impairment of earnings and earning power and will suffer the same for an indefinite time in the future; has undergone great physical pain and mental anguish and will undergo the same for an indefinite time in the future; has been obliged to and will have to continue to expend large sums of money in the future in an effort to effect a cure of her aforesaid injuries and has been unable to attend to the same for an indefinite time in the future, all to her great detriment and loss.

23.    Plaintiff is entitled to recover all damages consistent with the law, financial responsibility and other appropriate statutes.

24.    As a result of the aforesaid, plaintiff's motor vehicle sustained serious damage.

## SECOND COUNT- MICHAEL SUTFIN vs. TRANSCONTINENTAL REFRIGERATED LINES, INC. and TRL, INC. and JOAN MILES HARGROVE

25.    As a result of the injuries sustained by wife-plaintiff as aforesaid, husband-plaintiff has been deprived of the society, companionship and consortium of his wife-plaintiff herein, and he will be deprived of the same for an indefinite time in the future, to his great detriment and loss.

26.    As a result of the aforesaid, plaintiff's motor vehicle sustained serious damage.

WHEREFORE, plaintiffs demand judgment against the defendants, jointly and severally, for a sum in excess of One Hundred Fifty Thousand Dollars ($150,000.00).

COFFEY KAYE MYERS & OLLEY

MICHAEL J. OLLEY
Counsel for Plaintiffs

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HOLLIE L. GIAMPIETRO AND
ALBERT GIAMPIETRO

**DEFENDANTS** JOAN M. HARGROVE,
TRANSCONTINENTAL REFRIGERATED
AND TRL, INC.

(b) County of Residence of First Listed Plaintiff  SUSSEX
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) WM. R. PELTZ
KIMMEL, CARTER, ROMAN & PELTZ
200 BIDDLE AVE., NEWARK, DE 19702-
(302) 392-5277

Attorneys (If Known)
RAYMOND W. COBB
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
(302) 777-4100

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☒ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☐ 1 Original
     Proceeding

☒ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):

JUDGE

DOCKET NUMBER

DATE  9/6/2007

SIGNATURE OF ATTORNEY OF RECORD  Raymond W. Cobb

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___0 7 - 5 3 5___

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___9/6/07___
(Date forms issued)

x _Raymond W. Cobb_
(Signature of Party or their Representative)

x RAYMOND  W.  COBB
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action