## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Hollie L. Giampietro and<br>Albert Giampietro,<br><br>    Plaintiffs,<br><br>        v.<br><br>Joan M. Hargrove, Transcontinental<br>Refrigerated and TRL, Inc.,<br><br>    Defendants. | :<br>:<br>:  Case No.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

    Pursuant to 28 U.S.C. §§ 1441 and 1446, defendants Joan M. Hargrove, Transcontinental Refrigerated and TRL, Inc., by and through their counsel, hereby files the following Notice of Removal and requests the removal of this action from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware, which is the judicial district in which the action is pending. Defendant intends to then file a motion to transfer venue to the United States District Court for the Eastern District of Pennsylvania where another action arising out of the same set of facts is now pending. Defendants set forth the following as their grounds for removal of the action as follows:

    1.    The plaintiffs commenced this matter by filing a Complaint in the Superior Court of the State of Delaware in and for New Castle County on July 30, 2007, docketed as 07C-07-271-FSS. A copy of the complaint is attached hereto as Exhibit "A."

2.  The filing of this Notice of Removal is timely in that (1) it is being filed within thirty (30) days after receipt by Defendants insurer, received August 8, 2007, which is the first filing and (2) it is being filed less than one year after the commencement of the action.

3.  There is complete diversity of citizenship between the plaintiffs and the defendants in this case:

> (a.) Plaintiff's Answers to Superior Court Form 30 Interrogatories states that both plaintiffs are residents of the State of Delaware. A copy of the Plaintiff's Answers to Superior Court Form 30 Interrogatories is attached hereto as Exhibit "B;"
>
> (b.) Defendant, Joan M. Hargrove, upon information and belief, is an individual with a residence within Connecticut; and
>
> (c.) Defendants, Transcontinental Refrigerated and TRL, Inc. and the same corporate entity which is incorporated in Pennsylvania with its principle place of business within the Commonwealth of Pennsylvania.

4.  It is believed and therefore averred that the amount in controversy exceeds the jurisdictional limit of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. The jurisdictional limit for an arbitration level case in the Superior Court of Delaware is at or below one hundred thousand dollars ($100,000.00). Plaintiffs list the physical injuries to Ms. Giampietro as including, but not limited to "severe personal injuries to her head, neck, jaw, chest, pelvis, groin, left leg, back and other injuries, some or all of which may be permanent, pain and suffering, mental distress, and other damages." This alone likely exceeds the jurisdictional amount, but plaintiffs also seek damages for loss of consortium. (See Exhibit "A").

5.  Moreover, the facts surrounding this accident which occurred on August 30, 2005 on Delaware Route 896 have given rise to an action already filed in the District Court for the Eastern District of Pennsylvania captioned "Michael Sutfin and Mary Jo Sutfin vs. Transcontinental Refrigerated Lines, TRL, Inc., and Joan Miles Hargrove" under Docket No.: 07-1834. (A copy of the Complaint in that matter is attached hereto as Exhibit "C"). Upon successful removal of this matter, Defendants will seek to file a motion to transfer venue to the Eastern District of Pennsylvania in order to consolidate the actions pursuant to 28 U.S.C § 1404(a) for the interests of judicial economy, in the interests of justice and the convenience of the parties.

6.  Accordingly, this is an action "between citizens of different states" where "the matter is controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs," for the purposes of 28 U.S.C. §§ 1332(a) and 1441(a).

7.  Removal of this case on the basis of diversity of jurisdiction is not precluded by the provisions of 28 U.S.C. § 1441(b) because the "none of the parties in interest properly joined and served as defendants is a citizen of " the State of Delaware where the action was brought.

8.  The Notice of Removal shall be promptly served upon all adverse parties to the action.

9.  After the filing of the Notice of Removal, a certified copy will be promptly filed with the Prothonotary of the Superior Court of Delaware in and for New Castle County in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendants request that this action be removed from the Delaware Superior Court in and for the County of New Castle to the Untied States District Court for the District of Delaware.

          Respectfully submitted,
          **RAYMOND W. COBB, LLC**

          */s/ Raymond W. Cobb*
          Raymond W. Cobb (ID No. 2653)
          1001 North Jefferson Street
          Suite 208
          Wilmington, DE  19801
          (302) 777-4100

          Attorney for Defendants,
          Joan M. Hargrove, Transcontinental
          Refrigerated, and TRL, Inc.

Dated:  September 6, 2007

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HOLLIE GIAMPIETRO and <br> ALBERT GIAMPIETRO, <br><br> Plaintiffs, <br><br> vs. <br><br> JOAN MILES HARGROVE, <br> TRANSCONTINENTAL <br> REFRIGERATED, and TRL, INC., <br><br> Defendants. | C.A. No.: 07C-07-271 FSS <br><br><br> ARBITRATION CASE <br><br> JURY TRIAL OF 12 DEMANDED |

TO:   OFFICE OF THE PROTHONTARY

**PLEASE TAKE NOTICE** that Defendants, Joan Miles Hargrove, Transcontinental Refrigerated, and TRL, Inc., by and through their counsel, have filed a Petition for Removal of this action to the United States District Court for the District of Delaware. A true copy of the Petition for Removal is attached hereto as Exhibit A.

Be further advised that the Defendants, on filing such Petition for Removal with the Office of the Clerk of the United States District Court for he District of Delaware, filed a copy

with the Prothonotary of the Superior Court for the State of Delaware, of and for New Castle County, and notified all adverse parties to effect removal pursuant to 28 U.S.C. § 1446(b).

                                              Respectfully submitted,
                                              **RAYMOND W. COBB, LLC**

                                              */s/ Raymond W. Cobb*
                                              Raymond W. Cobb (ID No. 2653)
                                              1001 North Jefferson Street
                                              Suite 208
                                              Wilmington, DE  19801
                                              (302) 777-4100

                                              Attorney for Defendants,
                                              Joan M. Hargrove, Transcontinental
                                              Refrigerated, and TRL, Inc.

Dated: September 6, 2007