EFiled: Jul 30 2007 11:54... EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

**COUNTY:** (New Castle)  Kent  Sussex

**CIVIL ACTION NUMBER:** _____

**CIVIL CASE CODE:** CPIA

**CIVIL CASE TYPE:** Personal Injury Auto

**Caption:**

HOLLIE L. & ALBERT GIAMPIETRO

V

JOAN MILES HARGROVE,
TRANSCONTINENTAL REFRIGERATED, and
T.R.L., INC.

**Name & Status of Party Filing Document:**
GIAMPIETRO, PLAINTIFFS

**Document Type:** COMPLAINT

Non-Arbitration _____   eFile __X__

(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration: __X__  Mediation _____  Neutral Assessment _____

**DEFENDANT** (CIRCLE ONE)   ACCEPT   REJECT

Jury Demand: _____ Yes  __X__ No

**Track Assignment Requested:**

EXPEDITED   (STANDARD)   COMPLEX

**Attorney Name(s):** William R. Peltz, Esquire

**Firm Name(s):** Kimmel, Carter, Roman & Peltz

**Office Address:**

200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

**Telephone Number:** (302) 392-5277

**Fax Number:** (302) 392-0800

**E-Mail Address:** wrpeltz@kcrlaw.com

**Identify Any Related Cases Now Pending in the Superior Court by Caption and Civil Action Number Including Judge's Initials:**

None

**Explain the Relationship(s):** Not applicable

**Other Unusual Issues that Affect Case Management:** None

---

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9.17.03

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : : : | |
| Plaintiffs, | : : | C. A. No. |
| V. | : : | ARBITRATION CASE |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : : : : | |
| Defendants. | : | |

## P R A E C I P E

PLEASE ISSUE SUMMONS, Complaint, and Plaintiff's Answers to Superior Court Form 30 Interrogatories pursuant to Rule 3(a) to the defendants as follows:

- Joan Miles Hargrove at 293 Glen Street, Second Floor, New Britain, Connecticut 06051 through the Secretary of State pursuant to 10 Del. C. §3112;

- Transcontinental Refrigerated at 130 Armstrong Road, Pittston, Pennsylvania 18640 through the Secretary of State pursuant to 10 Del. C. §3112;

- T.R.L., Inc. through its registered agent, The Corporation Trust Company, at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

/s/ William R. Peltz

**WILLIAM R. PELTZ, ESQUIRE**
Bar ID: 2675
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorney for Plaintiffs

DATE: July 30, 2007



EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : |
| Plaintiffs, | : C. A. No. |
| V. | : ARBITRATION CASE |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : |
| Defendants. | : |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

                                                                                     <u>SHARON AGNEW</u>
                                                                                       Prothonotary

                                                                                       Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                                                                    <u>SHARON AGNEW</u>
                                                                                      Prothonotary

                                                                                       Per Deputy

\Rev 5/91-1



EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : |
| Plaintiffs, | : C. A. No. |
| V. | : ARBITRATION CASE |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : |
| Defendants. | : |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF KENT COUNTY:**

**YOU ARE COMMANDED:**

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

SHARON AGNEW<br/>Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW<br/>Prothonotary

_____
Per Deputy

\Rev 5/91-1



EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : |
| Plaintiffs, | : C. A. No. |
| V. | : ARBITRATION CASE |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : |
| Defendants. | : |

**THE STATE OF DELAWARE,**

**TO THE SHERIFF OF NEW CASTLE COUNTY:**

**YOU ARE COMMANDED:**

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon William R. Peltz, plaintiffs' attorney, whose address is 200 Biddle Avenue, Suite 101, Springside Plaza, Newark, DE 19702, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiffs).

Dated: 07/30/07

                                                                     <u>SHARON AGNEW</u>
                                                                      Prothonotary

                                                                      Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                                                    <u>SHARON AGNEW</u>
                                                                      Prothonotary

                                                                      Per Deputy

\Rev 5/91-1

EFiled: Jul 30 2007 11:54AM EDT
Transaction ID 15753904
Case No. 07C-07-271 FSS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO, | : | C. A. No. |
| Plaintiffs, | : | ARBITRATION CASE |
| V. | : | |
| JOAN MILES HARGROVE, TRANSCONTINENTAL REFRIGERATED, and T.R.L., INC., | : | |
| Defendants. | : | |

## COMPLAINT

1. On 8/30/05 at approximately 1:30 p.m the female plaintiff was stopped for traffic on Delaware Route 896 in Newark, New Castle County, Delaware when suddenly a tractor trailer operated by the individual defendant, as the agent, servant, representative, and/or employee of the corporate defendants, rear-ended the female plaintiff's vehicle resulting in severe personal injuries to her. Pursuant to 10 Del. C. §3916, the defendants are notified that if they deny agency that denial must be in the form of an affidavit attached to the answer to the complaint.

2. The individual defendant was negligent in a manner proximately causing the accident in that she:

    a. Failed to keep a proper lookout;

    b. Failed to maintain proper control over the vehicle she was operating;

    c. Operated her vehicle in a careless or inattentive manner in violation of 21 Del. C. §4176;

   d. Operated her vehicle at an unsafe speed in violation of 21 <u>Del. C.</u> §4168;

   e. Followed the female plaintiff's vehicle more closely than was reasonably prudent in violation of 21 <u>Del. C.</u> §4123.

 3. The aforesaid conduct of the individual defendant is imputed to the corporate defendants since the former was operating her vehicle as the agent, servant, representative, and/or employee of the latter and pursuing the corporate defendants' business at the time of the aforesaid accident. Pursuant to 10 <u>Del. C.</u> §3916, the defendants are notified that if they deny agency that denial must be in the form of an affidavit attached to the answer to the complaint.

 4. As a result of the aforesaid conduct of the defendants, the female plaintiff sustained severe personal injuries to her head, neck, jaw, chest, pelvis, groin, left leg, back, and other injuries, some or all of which may be permanent, pain and suffering, mental distress, and other damages.

 5. As a further result of the aforesaid conduct of the defendants, the male plaintiff, the husband of the female plaintiff, sustained a loss of his wife's consortium.

 WHEREFORE, the plaintiffs demand judgment against the defendants, jointly and severally, for their general and special damages, in an amount to be determined, plus costs and interest.

/s/ William R. Peltz

**WILLIAM R. PELTZ, ESQUIRE**
Bar ID: 2675
Kimmel, Carter, Roman & Peltz
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorney for Plaintiffs