IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLLIE L. GIAMPIETRO and ALBERT GIAMPIETRO | : |
| | : |
| Plaintiffs | |
| | : Civil Action No. 07-535 GMS |
| JOAN MILES HARGROVE, et al. | : |
| Defendants | : |

### ORDER TO REMAND

WHEREAS, on September 6, 2007, the defendants removed the above-captioned case from the Superior Court of the State of Delaware (D.I. 1);

WHEREAS, on October 16, 2007, the plaintiffs filed a motion to remand the case to the Superior Court of the State of Delaware (D.I. 3);

WHEREAS, on December 4, 2007, the defendants orally notified the court to advise that they would not be filing an opposition to the motion to remand.

IT IS HEREBY ORDERED that:

1. The plaintiffs' Motion to Remand is GRANTED; and

2. The Clerk is directed to remand this case to the Superior Court of the State of Delaware and to CLOSE this case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

December __5__, 2007



FILED

DEC - 5

U.S. DISTRICT COURT
DISTRICT OF DELAWARE